IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

v.

**EDWARD DIXON,**  No. 08-30081-DRH

**Defendant.**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue trial submitted by Defendant Dixon. (Doc. 20). The Court finds that the trial should be postponed because Defendant and the Government are involved in ongoing discussions concerning a possible plea agreement. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Dixon in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant Dixon's motion to continue trial (Doc. 20) and **CONTINUES** the jury trial scheduled for September 15, 2008 until **November 10, 2008 at 9:00am**. The time from the date Defendant Dixon's motion was filed,

1

September 10, 2008 until the date on which the trial is rescheduled, November 10, 2008, is excludable time for the purposes of a speedy trial.

**IT IS SO ORDERED.**

Signed this 12th day of September, 2008.

/s/    David R. Herndon
**Chief Judge
United States District Court**