IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| PLAINTIFF, | : | |
| | : | |
| v. | : | CRIMINAL NO. 08-30081-DRH |
| | : | |
| EDWARD DIXON, | : | |
| | : | |
| DEFENDANT. | : | |

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS

On November 14, 2008, this court entered an order for forfeiture against defendant Edward Dixon for the following property which had been seized from said defendant:

**A Smith & Wesson, Model 13-1, 357 Magnum caliber revolver, bearing serial number 2D17706.**

Said order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning November 25, 2008, and ending December 24, 2008, and that no third party filed a petition within 30 days after the last date of said publication to allege an interest in the property.

Consequently, the court hereby finds, pursuant to 21 U.S.C. § 853(n)(7) that no third-party petitions were filed and that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on November 14, 2008, namely:

**A Smith & Wesson, Model 13-1, 357 Magnum caliber revolver, bearing serial**

**number 2D17706.**

The Vault Custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the property according to law.

**DATE:** February 18, 2009

/s/      *David R Herndon*

**DAVID R. HERNDON**
**United States District Court Chief Judge**